**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MELVIN MCCOLLUM,

    Plaintiff,

v.                                                    Case No. 10-11471

LIFE INSURANCE COMPANY OF NORTH
AMERICA, ET AL.,

    Defendants.
                                                      /

**ORDER STAYING PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS**

On August 24, 2010, the court held a conference with counsel for Plaintiff and Defendants in which both parties requested a stay of all proceedings pending settlement negotiations. The parties will conduct settlement negotiations under the supervision of Magistrate Judge Scheer. The proposed course of action contemplates that the parties will diligently work toward settlement within the next month. The court is satisfied that the parties will use this time productively. Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED until **September 28, 2010**. The parties are instructed to notify the court immediately if they have reached a complete resolution to this matter or if their negotiations have halted.

IT IS FURTHER ORDERED that the parties will participate in a telephone status conference on **September 28, 2010, at 4:00 p.m.** The court will initiate the telephone call.

                                                       S/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: August 25, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 25, 2010, by electronic and/or ordinary mail.

                                       S/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522