**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MELVIN MCCOLLUM,

    Plaintiff,

v.                                           Case No. 10-11471

LIFE INSURANCE COMPANY OF NORTH
AMERICA, ET AL.,

    Defendants.
                                         /

**ORDER REQUIRING RESPONSE TO PLAINTIFF'S PROCEDURAL CHALLENGE**
**AND SECOND AMENDED COMPLAINT**

On July 30, 2010, Plaintiff filed a "Statement of Procedural Challenge in ERISA Case." On August 13, 2010, Plaintiff further filed a "Second Amended Complaint." Defendants have yet to file a response because the case was stayed on August 25, 2010, to allow the parties time to attempt settlement. The settlement negotiations having failed,

IT IS ORDERED that Defendant file a response to Plaintiff's "Statement of Procedural Challenge in ERISA Case" [Dkt. # 14] by **October 8, 2010**.

IT IS ORDERED that Defendant file a response to Plaintiff's "Second Amended Complaint" [Dkt. # 16] by **October 8, 2010**.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 29, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2010, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522