UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN MCCOLLUM,

    Plaintiff,

v.                                Case No. 10-11471

LIFE INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendant.
                                             /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting In Part and Denying In Part Plaintiff's Motion for Judgment" dated September 8, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Melvin McCollum and against Defendant Fabristeel Products, Inc., on the failure to provide a summary plan description claim in the amount of $1,585.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Life Insurance Company of North America, d/b/a Cigna Group Insurance; Fastentech Michigan Holdings; Fabristeel Products, Inc.; and Doncasters Group, Ltd., and against Plaintiff Melvin McCollum on all other claims. Dated at Detroit, Michigan, this 8th day of September 2011.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                        S/ Lisa Wagner
                                                  By: Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland