# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MELVIN MCCOLLUM,

    Plaintiff,

v.                                Case No. 10-11471

LIFE INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
                                        /

## ORDER DIRECTING PARTIES TO SUBMIT A STIPULATED ORDER

The matter is before the court on remand following the Sixth Circuit's August 21, 2012 opinion. Pursuant to the September 12, 2012 mandate,

IT IS ORDERED that Plaintiff and Defendants submit a stipulation and proposed order by **September 26, 2012**, consistent with the Sixth Circuit's directions as described on page twenty-one of the August 21, 2012 opinion.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: September 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 20, 2012, by electronic and/or ordinary mail.

                                                      s/Lisa Wagner
                                                      Case Manager and Deputy Clerk
                                                      (313) 234-5522