**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MELVIN MCCOLLUM,

    Plaintiff,

v.                                                Case No. 10-11471

LIFE INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
                                          /

**ORDER DIRECTING PLAINTIFF TO SUBMIT A PROPOSED ORDER**

The matter is before the court on remand following the Sixth Circuit's August 21, 2012 opinion. The court held a telephonic conference to discuss why the parties had yet to submit a stipulated order pursuant to the court's September 20, 2012 order. Accordingly,

IT IS ORDERED that Plaintiff submit a proposed order by **October 30, 2012**, consistent with the Sixth Circuit's directions as described on page twenty-one of the August 21, 2012 opinion. Defendants may submit an optional response with comments and objections to Plaintiff's proposed order by November 6, 2012.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: October 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 23, 2012, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-11471.MCCOLLUM.Proposed.Order.wpd

2