# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MELVIN MCCOLLUM,

    Plaintiff,

v.                                    Case No. 10-11471

LIFE INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
                                     /

## ORDER DIRECTING PLAINTIFF TO SUBMIT A PROPOSED ORDER

The matter is before the court on remand following the Sixth Circuit's August 21, 2012 opinion. The court held a telephonic conference to discuss why the parties had yet to submit a stipulated order pursuant to the court's September 20, 2012 order. Accordingly,

IT IS ORDERED that Plaintiff submit a proposed order by **October 30, 2012**, consistent with the Sixth Circuit's directions as described on page twenty-one of the August 21, 2012 opinion.  Defendants may submit an optional response with comments and objections to Plaintiff's proposed order by November 6, 2012.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated:  October 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 23, 2012, by electronic and/or ordinary mail.

                                        s/Lisa Wagner  
                                        Case Manager and Deputy Clerk  
                                        (313) 234-5522