UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN McCOLLUM,

    Plaintiff,

v.                                                        Case No. 10-11471

LIFE INSURANCE COMPANY OF
NORTH AMERICA, et al.,

    Defendants.
                                           /

**ORDER OF DISMISSAL**

On May 30, 2013, the parties reached an amicable resolution to this matter and settled the case, the terms of which were recited to the court during an off-the-record status conference. In accordance with their agreement,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights. Either party may reopen this case by **July 30, 2013**, by filing a "Notice of Reopening." Further, the parties may also submit their own substitute stipulated order of dismissal or judgment by **July 30, 2013**.

After **July 30, 2013**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: May 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2013, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522